IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JESUS MANUEL DIAZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendants. | ) Civil Action No. 1:17-CV-041-C-BL |

## ORDER

In the Report and Recommendation filed November 13, 2017, the United States Magistrate Judge recommended that the Court dismiss the above-styled and -numbered civil action as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B). On November 27, 2017, Plaintiff filed his objections.

After reviewing the Report and Recommendation, Plaintiff's Objections, and conducting a *de novo* review of the record in the case, the Court finds that Plaintiff's objections should be OVERRULED. The Court further finds that the findings and conclusions of the Magistrate Judge are correct and **ADOPTS** them as the findings and conclusions of the Court. Accordingly, Plaintiff's claims against the Defendants are **DISMISSED** with prejudice.

SO ORDERED.

Dated this 1st day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE